# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TANYA TENNYSON,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1618-Orl-35DAB**

**ASCAP, THE HARRY FOX AGENCY, INC., THE ROYALTY NETWORK, MPL COMMUNICATIONS, UNIVERSAL MUSIC GROUP INC., COLUMBIA RECORDS/SONY MUSIC, WARNER MUSIC GROUP CORP., et al.,**

       **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO APPEAL IN FORMA PAUPERIS (Doc. No. 111)**
>
> **FILED:**   **August 6, 2010**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    Upon the filing of an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369

U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962).  An appeal is not taken in good faith if the issue presented is frivolous.  *Id.*

Here, Plaintiff appeals the Court's Order dismissing her Amended Complaint for, among other things, lack of standing (Doc. Nos. 108, 110).  As pointed out in the District Court's Order denying Plaintiff's motion for rehearing or reconsideration (Doc. No. 112), the Court dismissed the case with prejudice "on the basis that in the Amended Complaint Plaintiff failed to allege any facts to cure the defects found in the initial Complaint and the facts alleged were fatal to her claims in any event." Neither the Notice of Appeal nor the instant motion offers anything to alter that conclusion.  In fact, the Notice of Appeal is virtually identical to the Motion for Rehearing.  *Compare* Doc. Nos. 109 and 110.  As Plaintiff has failed to raise a justiciable issue with respect to her standing to bring the claims, Plaintiffs' position is without arguable merit and is therefore frivolous.

It is therefore **respectfully recommended** that the Court **certify** that the appeal is not taken in good faith.  If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 17, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy