UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TANYA TENNYSON,**

    **Plaintiff,**

v.                                                                    Case No. 6:09-cv-1618-Orl-35DAB

**ASCAP,**
**THE HARRY FOX AGENCY, INC.**
**THE ROYALTY NETWORK**
**MPL COMMUNICATIONS**
**UNIVERSAL MUSIC GROUP INC.**
**WARNER MUSIC GROUP CORP.**
**SONY MUSIC ENTERTAINMENT**
**EMI MUSIC PUBLISHING**
**STORMING HEAVENS**
**FREDDY BIENSTOCK**
**JOHNNY MATHIS**
**BERLE ADAMS**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to File An Appeal *In Forma Pauperis* (Dkt. 111).  On August 17, 2010, United States Magistrate Judge David A. Baker issued a Report and Recommendation, recommending that the Motion be denied.  (Dkt. 113)  Plaintiff timely filed an objection to the Report and Recommendation on August 27, 2010.  (Dkt. 115)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 113) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Plaintiff's Motion to File An Appeal *In Forma Pauperis* (Dkt. 111) is **DENIED**;

3. This Court **CERTIFIES** that Plaintiff's appeal is not taken in good faith; and

4. Plaintiff's Motion for Review of this Court's Ruling Dismissing the Case (Dkt. 117) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida, this 2nd day of September 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party